UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA G. PLUMMER,

                Plaintiff,                  Case no. 14-12349
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's May 28, 2015 report

and recommendation.  No objections have been filed by the parties.  The court

having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is

ADOPTED as the court's findings and conclusions.

                              s/John Corbett O'Meara

                              United States District Judge

Date:  July 31, 2015


I hereby certify that a copy of the foregoing document was served upon counsel of record
on this date, July 31, 2015, using the ECF system.


                              s/William Barkholz

                              Case Manager